PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis Romero                           Cr.: 15-00293-001
                                                        PACTS #: 28801

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/22/2017

Original Offense:   Count One: Conspiracy To Distribute Narcotics, 21:846=ND.F

Original Sentence: 27 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Special Assessment, Substance Abuse Testing, Drug Treatment, Comply with ICE Instructions

Type of Supervision: Supervised Release           Date Supervision Commenced: 06/22/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |

On January 16, 2019, the offender tested positive for Marijuana.

U.S. Probation Officer Action:
USPO will increase urine screen testing and if he has another positive drug screen, he will be referred to drug treatment.

Respectfully submitted,

By: Kitanya J. Williams  kw
    U.S. Probation Officer
Date: 01/29/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/1/19
_____
Date